GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. O3857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Terry Steve Goseyun,<br><br>　　　　　　Defendant. | No.　CR-22-1345-PHX-JJT (ESW)<br><br>**REDACTED INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 113(a)(7)<br>(CIR - Assault Resulting in Substantial Bodily Injury)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(8)<br>(CIR - Assault by Strangulation)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 81<br>(CIR - Arson)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 22, 2019, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, the defendant, TERRY STEVE GOSEYUN, an Indian, did intentionally, knowingly and recklessly assault the victim, G.K., who was an intimate partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT 2

On or about November 30, 2019, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, the defendant, TERRY STEVE GOSEYUN, an Indian, did intentionally and knowingly assault the victim, G.K., who was an intimate partner, by strangling and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

## COUNT 3

On or about November 30, 2019, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, the defendant, TERRY STEVE GOSEYUN, an Indian, did willfully and maliciously set fire to and burn and attempt to set fire to and burn a dwelling, that is, the residence located near the junction of Highway 70 and Peridot Siding Road, and the lives of the victims G.K. and her children F.H., Jane Doe and John Doe, were placed in jeopardy.

In violation of Title 18, United States Code, Sections 1153 and 81.

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: October 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/

THOMAS SIMON
Assistant U.S. Attorney